MENDELSON-SILVERMAN, INC., Respondent, *v.* MALCO TRADING CORPORATION, Appellant, Impleaded with Others.

(Argued June 13, 1933; decided July 11, 1933.)

*Thomas F. Hennessy* for appellant.

*Milton Paulson, Samuel Goldstein* and *Robert Feingold* for respondent.

no opinion.

Concur: POUND, Ch. J., LEHMAN, O'BRIEN and CROUCH, JJ. Dissenting: CRANE and KELLOGG, JJ. Not sitting: HUBBS, J.